UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER II<br>3824 Village Park Drive<br>Chevy Chase, MD 20815<br><br>        Plaintiff,<br><br>        v.<br><br>GREAT SOCIALIST PEOPLE'S<br>LIBYAN ARAB JAMAHIRIYA, LIBYAN<br>EXTERNAL SECURITY ORGANIZATION<br>and ABDEL BASSET ALI MOHMED AL-<br>MEGRAHI<br><br>        Defendants. | Case No. 1:05-cv-02454-RWR |

### NOTICE OF RELATED CASE

Pursuant to Local Rule LCvR 40.5(b)(3), Plaintiff gives notice that the above captioned action is related to the previously filed case entitled:

*Curtis W. Fisher et al., v. Great Socialist People's Libyan Arab Jamahiriya et al.*, D. District of Columbia, C.A. No. 1:04-cv-02055  (Judge Henry H. Kennedy)

Both cases involve the same Defendants, allege substantially the same facts and similar questions of law and grow out of the same event.

DATED: 1/10/06

                                                  LAW OFFICES OF PAUL M. TENDLER

                                                  By: _/s/ Paul M. Tendler_
                                                      Paul M. Tendler
                                                **LAW OFFICES OF PAUL M. TENDLER**
                                                1090 Vermont Avenue, NW
                                                Suite 800
                                                Washington, DC 20005
                                                Tel: (202) 682-9000
                                                Fax: (202) 682-0168

Timothy D. Battin
**STRAUS & BOIES, LLP**
4041 University Dr., Fifth Floor
Fairfax, Virginia 22030
Tel: (703) 764-8700
Fax: (703) 764-8704

*OF COUNSEL*
Michael Straus
Mark Schirmer
**STRAUS & BOIES, LLP**
1130 22nd Street South
Birmingham, AL 35205
Tel: (205) 324-3800
Fax: (205) 324-3996

***Attorneys for Plaintiff***