UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Lawrence P. Fisher, II,

                Plaintiffs,

    v.                                    Civil Action No.: 1:05cv02454

Great Socialist People's Libyan Arab
Jamahiriya, Libyan External Security
Organization a/k/a Jamahiriya Security
Organization, and Abdel Basset Ali Mohmed
Al-Megrahi,

                Defendants.

## AFFIDAVIT REQUESTING FOREIGN MAILING

      I, Paul M. Tendler, counsel of record for the plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to:

The Scottish Executive Justice Department
Civil Justice and International Division
Hayweight House
23 Lauriston Street
Edinburgh, EH3 9DQ
Scotland, UK

by:              [X]    registered mail, return receipt requested
                   [ ]    DHL

Pursuant to the provisions of:
              [X]    FRCP 4(f)(2)(C)(ii)
              [ ]    28 U.S.C. § 1608(a)(3)
              [ ]    28 U.S.C. § 1608(b)(3)(B)

      I certify that this method of service is authorized by the domestic law of Scotland, United Kingdom and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

-2-

*[signature]*

Paul M. Tendler, Bar #337469
Law Offices of Paul M. Tendler
1090 Vermont Avenue, NW
Suite 800
Washington, DC 20005
Tel: (202) 682-9000
Fax: (202) 682-0168