CO 939
Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff(s)

vs.                              Civil Action No.: _____

_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the _____ day of _____, 20____, I mailed:

1. ❑ One copy of the [summons and complaint/or] by [registered mail, return receipt requested], to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ❑ One copy of the [summons, complaint and a notice of suit], together with a translation of each into the official language of the foreign state, by [registered mail, return receipt requested], to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ❑ Two copies of the [summons, complaint and a notice of suit], together with a translation of each into the official language of the foreign state, by [certified mail, return receipt, delivery], to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ❑ One copy of the [summons and complaint/or], together with a translation of each into the official language of the foreign state, by [registered mail, return receipt requested], to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

## Receipt 1

Registered No. RB 843 315 162 US
Date Stamp: FAIRFAX VA 22030, MAY 2 2006

- Reg. Fee: $7.90
- Special Delivery: $
- Handling Charge: $
- Return Receipt: $1.85
- Postage: $8.05
- Restricted Delivery: $
- Received by: [signature]
- Customer Must Declare Full Value: $0
- [X] With Postal Insurance
- [ ] Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM:
U. S. District Court-DC
Clerks Office
333 Constitution Avenue, NW
Washington, DC 20001

TO:
Great Socialist People's Libyan Arab Jamahiriya
c/o The Head of Ministry of Foreign Affairs
Secretariat of General People's Committee
for Foreign Liaison & Int. Cooperation
Tripoli, Great Socialist People's Libyan Arab Jamahiriya

PS Form 3806, February 1995   05-2454 HHK
(See Information on Reverse)

## Receipt 2

Registered No. RB 843 315 176 US
Date Stamp: FAIRFAX VA, MAY 2 2006

- Reg. Fee: $7.90
- Special Delivery: $
- Handling Charge: $
- Return Receipt: $1.85
- Postage: $8.05
- Restricted Delivery: $
- Received by: [signature]
- Customer Must Declare Full Value: $0
- [X] With Postal Insurance
- [ ] Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM:
U. S. District Court-DC
Clerks Office
333 Constitution Avenue, NW
Washington, DC 20001

TO:
Libyan External Security Organization
c/o The Head of Ministry of Foreign Affairs
Secretariat of General People's Committee
for Foreign Liaison & Int. Cooperation
Tripoli, Great Socialist People's Libyan Arab Jamahiriya

PS Form 3806, February 1995   Receipt for Registered Mail (Customer Copy)   05-2454 HHK
(See Information on Reverse)

## Receipt 3

Registered No. RB 843 315 193 US
Date Stamp: FAIRFAX VA, MAY 2 2006

- Reg. Fee: $7.90
- Special Delivery: $
- Handling Charge: $
- Return Receipt: $1.85
- Postage: $7.95
- Restricted Delivery: $
- Received by: [signature]
- Customer Must Declare Full Value: $0
- [X] With Postal Insurance
- [ ] Without Postal Insurance

Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse)

FROM:
U. S. District Court-DC
Clerks Office
333 Constitution Avenue, NW
Washington, DC 20001

TO:
Scottish Executive Justice Dept.
Civil Justice and International Division
Hayweight House, 23 Lauriston Street
Edinburgh, EH3 9DQ, Scotland, UK

PS Form 3806, February 1995   Receipt for Registered Mail (Customer Copy)   05-2454 HHK
(See Information on Reverse)