

# SCOTTISH EXECUTIVE

Justice Department
Civil Justice and International Division

United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
WASHINGTON, D.C. 20001
United States of America

Civil Justice and International Division
St Andrew's House
Regent Road
Edinburgh EH1 3DG

Telephone: 0131-244-4825
Fax: 0131-244-4848

Your ref: 04-2055 / 05-2454
Our Ref: 2ADH/007/001/089

DATE: 18 May 2006

Dear Sir/Madam

**HAGUE CONVENTION – SERVICE OF JUDICIAL DOCUMENTS –**
**Mr Abdel Basset Ali Mohmed Al-Megrahi**

I refer to your request for service of documents. I can confirm that the documents have been served on the addressee in accordance with the law of Scotland.

I return a copy of the documents served together with the Certificate and Execution of Service.

Yours faithfully

**ELIZABETH MATHISON**
International Action Team

RECEIVED
MAY 23 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1.  that the document has been served

    - the (date): **13 May 2006**
  at ( place, street, number): **c/o Governor William Paton, HM Prison Greenock, Gateside, Greenock PA16 9AH**

    in one of the following methods authorised by article 5:-

    (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention

The documents referred to in the request have been delivered to:

**Mr Abdel Basset Ali Mohmed Al-Megrahi**

*Annexes*

Documents returned: **One Copy**

In appropriate cases, documents establishing the service:

Done at: **Edinburgh**

Signature. *[signature]*

Date: 18 May 2006

For Civil Justice and International Division, Scottish Executive Justice Department, 2nd Floor West, St Andrews House Regent Road Edinburgh EH1 3DG

# EXECUTION OF SERVICE

On 13 May 2006, in accordance with Article 5 of the Hague Convention of 15 November 1965, a copy of the attached process was served on Mr Abdel Basset Ali Mohmed Al-Megrahi.

**ADDRESS OF WHO RECEIVED PAPERS**

c/o Governor William Paton, HM Prison Greenock, Gateside, Greenock PA16 9AH

by recorded postal service

Signature. *[signature]*

Civil Justice and International Division
Scottish Executive Justice Department
St Andrew's House
Regent Road
Edinburgh
EH1 3DG