Law Offices
of

# Paul M. Tendler

Suite 200
1250 Connecticut Avenue, N.W.
Washington, DC 20036-2603
———
Telephone    202 682-9000
Facsimile    202 682-0168

Sender's E-Mail Address:
ptendler@tendler.com

October 26, 2006

**VIA E-FILING**

Hon. Henry H. Kennedy, Jr.
United States District Court, District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

    Re:    Status Report on Service in *Lawrence P. Fisher, II v. Great Socialist People's Libyan Arab Jamahiriya, et al.,* (Civil Action No. 05-cv-02454) and *Curtis W. Fisher, et al., v. Great Socialist People's Libyan Arab Jamahiriya, et al.,* (Civil Action No. 04-cv-02055)

Your Honor:

    Counsel for Plaintiffs provide this letter to update the Court on the status of our efforts to complete service on the Great Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization ("Defendants") in connection with the above referenced actions.

    On October 25, 2006, an official from the United States Department of State ("DOS") informed counsel for Plaintiffs in the above-captioned actions that the United States Embassy in Tripoli is in receipt of the documents intended for service on Defendants and that the U.S. Embassy is preparing the appropriate diplomatic documents to complete service. The DOS expects to transmit the relevant documents to Defendants in the near future. According to the DOS, the transmittal of the papers to complete service in this matter was delayed due to the observance of Ramadan and because U.S. Embassy staff in Tripoli are affecting service via diplomatic channels in Libya for the first time following the transfer of that function from the Belgian Protecting Power to our own U.S. Embassy.

    If I can provide any further information, please do not hesitate to contact me.

                        Sincerely,

                        Paul M. Tendler

PMT:cdd
cc:    Francis Kelly, Esquire