UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS W. FISHER, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>GREAT SOCIALIST PEOPLE'S )<br>LIBYAN ARAB JAMAHIRIYA, )<br>et al. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:04-cv-02055 (HHK) |

NOTICE OF STATUS OF SERVICE OF PROCESS BEING CONDUCTED
VIA DIPLOMATIC CHANNELS ON CERTAIN DEFENDANTS

LAW OFFICES OF PAUL TENDLER
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
Telephone: 202 682-9000
Facsimile: 202 682-0168


STRAUS & BOIES, LLP
4041 University Drive, Suite 500
Fairfax, Va 22030
Telephone: 703-764-8700
Facsimile: 703-764-8704

*Counsel for Plaintiffs*

Dated: November 1, 2006

Plaintiffs Curtis W. Fisher, Mary Fisher Hickey and Margaret Fisher Jones, by and through their counsel, respectfully submit this notice regarding the status of service of process via diplomatic channels on Defendants the Great Socialist People's Libyan Arab Jamahiriya ("Libya") and Libyan External Security Organization a/k/a Jamahiriya Security Organization ("LESO").

On October 25, 2006, an official from the United States Department of State ("DOS") informed Plaintiffs' counsel that the U.S. Embassy in Tripoli is in receipt of the documents intended for service on Libya and LESO and that the U.S. Embassy is preparing the appropriate diplomatic documents to complete service. The DOS expects to transmit the relevant documents to Defendants in the near future. According to the DOS, the transmittal of the papers to complete service in this matter was delayed due to the observance of Ramadan and because U.S. Embassy staff in Tripoli are affecting service via diplomatic channels in Libya for the first time following the transfer of that function from the Belgian Protecting Power to our own U.S. Embassy.

Plaintiff's counsel submits this notice as a means of updating the Court on the present status of service of process in this action.

Dated: November 1, 2006
Washington, D.C.

                                      Respectfully submitted,

                                      _____/s/ Paul Tendler_____
                                      Paul Tendler
                                      The Law Offices of Paul Tendler
                                      1250 Connecticut Avenue, N.W.
                                      Suite  200
                                      Washington, D.C.  20036
                                      Telephone:  202-682-9000
                                      Facsimile:  202-682-0168