AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# for the District of Columbia

LAWRENCE P. FISHER II

    Plaintiff(s)    )
                        )    **APPEARANCE**

    vs.    )    CASE NUMBER   05-2454 (HHK)
SOCIALIST PEOPLE'S LIBYAN ARAB   )
JAMAHIRIYA, et al.,   )
    Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Arman Dabiri__ as counsel in this
                                                (Attorney's Name)

case for: __Socialist People's Libyan Arab Jamahiriya & Libyan External Security Organization__
                                (Name of party or parties)

November 21, 2006                   /s/ A. Dabiri
Date                                         Signature

                                             ARMAN DABIRI
463351                                         Print Name
BAR IDENTIFICATION
                                           1725 I STREET, N.W., SUITE 300
                                           Address

                                           WASHINGTON, D.C., 20006
                                           City          State          Zip Code

                                           202-349-3893
                                           Phone Number