

**United States Department of State**

*Washington, D.C. 20520*

November 13, 2006

Re: Lawrence P. Fisher II v. Great Socialist
People's Libyan Arab Jamahiriya, et al., 1:05CV 02454 HKK

Dear Ms. Mayer-Whittington:

    I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(a)(4), upon the Great Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization as defendants in the above mentioned lawsuit.

    In my letter of November 8, 2006 I informed you that the U.S. Embassy in Tripoli delivered the documents to the General People's Committee for Foreign Liaison and International Cooperation under cover of diplomatic notes numbers 06/732 and 06/733, dated October 31, 2006.

    It has come to my attention that a typographical error in that letter incorrectly gave the case number as 1:04CV02454 HKK. The correct case number, as reflected in the diplomatic notes and underlying summonses, complaints and notices of suit delivered by the Embassy is 1:05CV02454 HKK. Furthermore, a typographical error in the diplomatic note and cover letter inserted "et al." after the named plaintiff in the caption. This error is not reflected in the underlying summonses complaints and notices of suit delivered by the Embassy. I see no reason that these clerical errors should invalidate the effectiveness of service under 1608(a)(4).

    Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

**RECEIVED**
NOV 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ms. Nancy Mayer-Whittington
   United States District Court
     For the District of Columbia
       333 Constitution Avenue, N.W.
         Washington, D.C. 20001

Cc:     Paul M. Tendler
        Law Offices of Paul M. Tendler
        1090 Vermont Ave., NW
        Washington, DC 20005



# United States Department of State
*Washington, D.C. 20520*

November 8, 2006

Re: Lawrence P. Fisher II, et al. v. Great Socialist People's Libyan Arab Jamahiriya, et al., 1:04CV 02454 HKK

Dear Ms. Mayer-Whittington:

I am writing regarding the Court's request for service of summonses, complaints and notices of suit pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. 1608(a)(4), upon the Great Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization as defendants in the above mentioned lawsuit.

The U.S. Embassy in Tripoli delivered the documents to the General People's Committee for Foreign Liaison and International Cooperation under cover of diplomatic notes numbers 06/732 and 06/733, dated October 31, 2006.

In accordance with the procedures established for the implementation of the Foreign Sovereign Immunities Act, I am enclosing copies of the documents transmitted as well as certified copies of the diplomatic notes used to transmit them to the General People's Committee for Foreign Liaison and International Cooperation.

Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 736-9115.

Sincerely,

William P. Fritzlen
Attorney Adviser
Office of Policy Review and Interagency Liaison

Enclosures As Stated

Ms. Nancy Mayer-Whittington
    United States District Court
        For the District of Columbia
            333 Constitution Avenue, N.W.
                Washington, D.C. 20001

Cc:   Paul M. Tendler
      Law Offices of Paul M. Tendler
      1090 Vermont Ave., NW
      Washington, DC 20005

 

# Embassy of the United States of America
### Tripoli, Libya

I, Cecelia K. El Khatib, Consul in Tripoli, Libya, certify that this is a true copy of the Embassy of the United States of America, diplomatic note number 06/732 dated October 31, 2006, and delivered to the General People's Committee for Foreign Liaison and International Cooperation on October 31, 2006.

*[signature]*

Cecelia K. El Khatib
Consul

October 31, 2006

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA:**

06/732

     The Embassy of the United States of America refers the General People's Committee for Foreign Liaison and International Cooperation to the lawsuit Lawrence Fisher, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al., Case Number 1:05CV02454, which is pending in the Federal District Court for the District of Columbia. The Socialist People's Libyan Arab Jamahiriya is a defendant in this case. The Embassy transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Socialist People's Libyan Arab Jamahiriya as contemplated in Title 28, United States Code, Section 1608(a)(4).

     Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Socialist People's Libyan Arab Jamahiriya with a view towards taking whatever steps are necessary to avoid a default judgment.

     In addition to the summons and complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

     Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

October 31, 2006

Attachments:

1. Summons, Complaint, Notice of Suit
2. Translations



## Embassy of the United States of America
Tripoli, Libya

I, Cecelia K. El Khatib, Consul in Tripoli, Libya, certify that this is a true copy of the Embassy of the United States of America, diplomatic note number 06/733 dated October 31, 2006, and delivered to the General People's Committee for Foreign Liaison and International Cooperation on October 31, 2006.

_____

Cecelia K. El Khatib
Consul

October 31, 2006

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT LIBYAN EXTERNAL SECURITY ORGANIZATION:**

**06/733**

The Embassy of the United States of America refers the General People's Committee for Foreign Liaison and International Cooperation to the lawsuit Lawrence Fisher, et al. v. The Socialist People's Libyan Arab Jamahiriya, et al., Case Number 1:05CV02454, which is pending in the Federal District Court for the District of Columbia. The Libyan External Security Organization is a defendant in this case. The Embassy transmits a summons and complaint herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Socialist People's Libyan Arab Jamahiriya as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law a defendant in a lawsuit must file an answer to the complaint or some other responsive pleading within 60 days for the date of transmittal of the complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed summons and complaint be forwarded to the appropriate authority of the Socialist People's Libyan Arab Jamahiriya with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the summons and complaint, the Embassy is enclosing a notice of suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

Under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Octobe 31, 2006

Attachments:

1. Summons, Complaint, Notice of Suit
2. Translations