IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No: 05-2454 (HHK) |
| | ) |
| THE SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *ET AL.,* | ) ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO SET SCHEDULE FOR PLEADINGS

Defendants, The Socialist People's Libyan Arab Jamahiriya and The External Security Organization (hereafter "Libya") and plaintiff jointly move to set specific dates for the parties to submit pleadings in the above captioned matter.

The time for Libya's response to plaintiffs' complaint is determined by the statute, codified under 28 U.S.C. § 1608(d), which states:

> **(d)** In any action brought in a court of the United States or of a State, a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state shall serve an answer or other responsive pleading to the complaint within sixty days after service has been made under this section.

It would appear, by way of plaintiff's proofs of service submitted before the Court, as well as counsels' consultations, that service on Libya, pursuant to the Foreign Sovereign Immunities Act, was made on October 30, 2006. In the interest of efficiency, and due to the complicated nature of the case, the parties move to set the following dates for the anticipated pleadings in the above captioned matter:

Defendants' Motion to Dismiss:     January 19, 2007

Plaintiff's Opposition to Motion to Dismiss:  February 28, 2007

Defendants' Reply to Plaintiff's Opposition:  March 18, 2007

**WHEREFORE**, the parties request that the instant motion be granted in all respects. A proposed Order is attached hereto.

Dated:  December 7, 2006

Respectfully Submitted,

| //s// | //s// |
|---|---|
| Arman Dabiri | Paul M. Tendler |
| Law Offices of Arman Dabiri & Associates, PLLC | Law Offices of Paul M. Tendler |
| 1725 I Street, N.W., Suite 300 | 1250 Connecticut Avenue, N.W. |
| (202) 349-3893 | Suite 200 |
| Washington, D.C. 20006 | Washington, DC 20036 |
| E-mail: armandab@worldnet.att.net | (202) 682-9000 |
| | E:mail: ptendler@tendler.com |

_Counsel for Defendants_                                       _Counsel for Plaintiff_