IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER II, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>THE SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, *ET AL.*, )<br>)<br>Defendants. ) | Civil Case No: 05-2454 (HHK) |

**ORDER**

The parties' Joint Motion to Set Schedule for Pleadings, is **GRANTED**.

The following dates are set for the parties pleadings:

    Defendants' Motion to dismiss:                                January 19, 2007

    Plaintiff's Opposition to Motion to Dismiss:                 February 28, 2007

    Defendants' Reply to Opposition to Motion to Dismiss:    March 18, 2007

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE

Dated:_____, 2006