# EXHIBIT A



الجماهيرية العربية الليبية
الشعبية الاشتراكية العظمى

اللجنة الشعبية العامة للعدل
والأمن العام
إدارة القانون

رقم الملف : ع ج ع ق /17/ 49
التاريخ 20 / 2 / 1370 و ر
الموافق 20 / 2 / 2002 ف

الأخ / رئيس إدارة القضايا
بعد التحية ،،،،

إيماءاً إلى كتابكم رقم أ – ق – 1 – 10 – 70 المؤرخ في 28 / 1 / 2002 ف المرفق به كتاب الأخ المستشار القانوني لجهاز الأمن الخارجي بتاريخ 31 / 12 / 2001 ف والمتعلق بالاستفسار عن مدى تمتع هيئة الأمن الخارجي بالشخصية الإعتبارية المستقلة من عدمه .

**وودأ على ذلك نفيد :-**

إن المادة الأولى من القانون رقم 75 لسنة 76 ف بشأن هيئة أمن الجمهورية نصت على أن " تنشأ هيئة عامة مستقله تسمى ( هيئة أمن الجمهورية ) تكون لها الشخصية الإعتبارية ، وتلحق بمجلس قيادة الثورة " .

ونصت المادة الأولى من القانون رقم 4 لسنة 84 ف بإنشاء اللجنة الشعبية العامة للأمن الخارجي على أن " إستثناء من أحكام القانون رقم 13 لسنة 1981 ف بشأن اللجان الشعبية تنشأ لجنة شعبية عامة نوعية تسمى ( اللجنة الشعبية العامة للأمن الخارجي ) تتبع اللجنة الشعبية العامة " .

كما نصت المادة الرابعة من ذات القانون على أن " تلحق هيئة أمن الجماهيرية المنشأة بالقانون رقم 75 لسنة 76 ف ، باللجنة الشعبية العامة للأمن الخارجي وتكون الجهاز التنفيذي لهذه اللجنة .

وتمارس اللجنة كافة الاختصاصات والمهام الأمنية المسندة إلى هيئة أمن الجماهيرية وتصدر اللجنة الشعبية العامة اللوائح والقرارات اللازمة لإعادة تنظيم الهيئة بناء

بشأن هيئة أمن الجماهيرية والقانون رقم 4 / 84 بإنشاء اللجنة الشعبية العامة للأمن الخارجي وغيرهما من التشريعات الأخرى النافذة .

وبمطالعة ما تقدم من نصوص يبين أن هيئة أمن الجماهيرية قد أنشئت بموجب القانون رقم 75 لسنة 76 ف كهيئة عامة مستقلة وقد منحت لها الشخصية الإعتبارية المستقلة وألحقت بمجلس قيادة الثورة ثم ألحقت باللجنة الشعبية العامة للأمن الخارجي بموجب القانون رقم 4 لسنة 1984 الذى أعتبرها الجهاز التنفيذى لتلك اللجنة حيث أنيطت بهذه اللجنة ممارسة كافة الصلاحيات والمهام التى كانت مسندة للهيئة مما يدل على أنه بصدور القانون رقم 4 لسنة 84 المشار إليه لم يعد لهيئة أمن الجماهيرية الشخصية الإعتبارية المستقلة بسبب حلول اللجنة الشعبية العامة للأمن الخارجي محل الهيئة فيما لها من إختصاصات وصلاحيات وقد تأكد ذلك بصدور القانون رقم 2 لسنة 85 ف المشار إليه والذى ألغى كل من هيئة أمن الجماهيرية واللجنة الشعبية العامة للأمن الخارجي الذى أسند المهام والمسئوليات والإختصاصات والصلاحيات التى كانت ممنوحة لكل منهما إلى أمانة العدل ومن ثم فإن الشخصية الإعتبارية للهيئة تكون قد انقضت منذ صدور القانون المذكور فالشخصية الإعتبارية تنقضى بنفس الأسلوب الذى نشأت به ، ومما يؤكد هذا النظر أيضاً أنه قد صدر قرار اللجنة الشعبية العامة رقم 677 لسنة 1985 ف بإستحداث جهاز عام تحت مسمى جهاز الأمن الخارجي يتبع اللجنة الشعبية العامة للعدل والأمن العام وقد عُهد إليه القيام بالمهام والمسئوليات والإختصاصات والصلاحيات المنصوص عليها في القانون رقم 75 لسنة 76 ف بشأن هيئة أمن الجماهيرية والقانون رقم 4 لسنة 1984 ف بإنشاء اللجنة الشعبية العامة للأمن الخارجي بعد إلغائهما وبالإطلاع هذا القرار يبين أنه قد خلا مما يشير إلى تمتع الجهاز المنشأ بالشخصية الإعتبارية المستقلة ومن ثم فإنه يعــــد وحدة إدارية تتبع " اللجنة الشعبية العامة للعدل والأمن العام " مثله مثل باقي الأجهزة الأخرى التابعة لهذه الأمانة ولا يتمتع بالشخصية الإعتبارية لأن

على عرض من اللجنة الشعبية العامة للأمن الخارجي وذلك بما يتفق وأحكام هذا القانون " .

كذلك نصت المادة الخامسة من ذات القانون على أن " مع عدم الإخلال بأحكام المادة السادسة من هذا القانون تتولى اللجنة الشعبية العامة للأمن الخارجي إدارة هيئة أمن الجماهيرية وللجنة – في هذا الشأن – مباشرة كافة الصلاحيات المقررة لكل من رئيس الهيئة ونائبه في القانون رقم 75 لسنة 76 بشأن هيئة أمن الجماهيرية في المسائل المالية والإدارية والمسائل المتعلقة بشئون الموظفين وذلك على النحو الذى تبينه اللوائح الذى تصدرها اللجنة الشعبية العامة بناء على عرض من اللجنة الشعبية العامة للأمن الخارجي بإعادة تنظيم هيئة أمن الجماهيرية " .

ونصت المادة الأولى من القانون رقم 2 لسنة 85 ف في شأن إضافة بعض الإختصاصات إلى أمانة العدل على أن " تتولى أمانة العدل كافة المهام والمسؤليات والإختصاصات والصلاحيات التي كانت مسندة إلى كل من اللجنة الشعبية العامة للأمن الخارجي بموجب القانون رقم 4 لسنة 1984 م وهيئة أمن الجماهيرية بموجب القانون رقم 75 لسنة 76 ف وغيرهما من التشريعات الأخرى النافذة . "

كما نصت المادة الثالثة من ذات القانون على أن " تلغى اللجنة الشعبية العامة للأمن الخارجي وهيئة أمن الجماهيرية ويلغى كل حكم في القانون رقم 75 لسنة 1976 م . والقانون رقم 4 لسنة 1984 م . المشار إليهما يتعارض مع أحكام هذا القانون . "

على إثر ذلك صدر قرار اللجنة الشعبية العامة رقم 677 لسنة 1985 ف بإنشاء جهاز الأمن الخارجي ونص في مادته الأولى على أن " ينشأ جهاز عام يسمى " جهاز الأمن الخارجي " يتبع اللجنة الشعبية العامة للعدل وتحدد إختصاصاته وفقاً لأحكام هذا القرار ..

كما نص في المادة الثانية منه على أن " يعمل الجهاز على القيام بالمهام والمسؤليات والإختصاصات والصلاحيات المنصوص عليها بالقانون رقم 75 / 76

الشخصية القانونية لا تكتسب إلا بنص صريح فى القانون أو بقرار من الجهة المختصة بذلك .

## لذلـــــــك

ترى إدارة القانون أن جهاز الأمن الخارجى لا يتمتع بالشخصية القانونية منذ إلغاء هيئة أمن الجماهيرية بموجب القانون رقم 2 / 1985 ف وذلك على التفصيل السابق بيانه .

### والسلام عليكم ورحمة الله وبركاته ،،،،

المستشار

الشريف الأزهرى

رئيس إدارة القانون





ص/ أ . الزائدى * ▢ / هــــناء **