## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER II, )<br>)<br>Plaintiff, )<br>) Civil Case No: 05-2454 (HHK)<br>)<br>THE SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, *ET AL.*, )<br>)<br>Defendants. ) | |

## ORDER

The Court having considered the defendant's motion to dismiss for lack of subject-matter and personal jurisdiction under the Foreign Sovereign Immunities Act of 1976, as amended, and in the alternative, for failure to state claims upon which relief can be granted and plaintiff's opposition thereto, and all relevant replies and responses, it is hereby

**ORDERED**, that defendants' motion to dismiss be, and hereby is, granted and it is further

**ORDERED**, that plaintiff's complaint be, and hereby is, dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2007