UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------------x
Lawrence P. Fisher II,

                      Plaintiff,

      v.

Abdelbaset Ali Mohmed Al-Megrahi, Libyan      C.A. No.1:05cv02454
External Security Organization a/k/a
Jamahiriya Security Organization and Great
Socialist People's Libyan Arab Jamahiriya,

                      Defendants.

-----------------------------------------------------------x

## **DEFAULT**

It appearing that Defendant Abdelbaset Ali Mohmed Al-Megrahi has failed to plead or otherwise defend this action though duly served with a summons and copy of the complaint on the 13th day of May 2006, and an affidavit on behalf of the Plaintiff filed on this 7th day of February 2007. Plaintiff thus declares that Abdelbaset Ali Mohmed Al-Megrahi is in default.

                                                        Nancy M. Mayer-Whittington, Clerk

                                                        By_____
                                                             Deputy Clerk

Dated this ____ day of _____, 2007.

1