UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
-------------------------------------------------------x
Lawrence P. Fisher II,                          :
                                                :
                                                :
                      Plaintiff,                :
                                                :
            v.                                  :
                                                :
Abdelbaset Ali Mohmed Al-Megrahi, Libyan        :      C.A. No.1:05cv02454
External Security Organization a/k/a            :
Jamahiriya Security Organization and Great      :
Socialist People's Libyan Arab Jamahiriya,      :
                                                :
                                                :
                      Defendants.               :
                                                :
                                                :
-------------------------------------------------------x
```

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I, Paul Tendler, hereby certify under penalty of perjury, this 7th day of February 2007, that I am the attorney of record for Plaintiff Lawrence P. Fisher, II in the above-entitled case; that Defendant Abdelbaset Ali Mohmed Al-Megrahi ("Defendant Al-Megrahi") was served via recorded postal service (certified) pursuant to provisions of Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure on 13 May 2006.

The authority for obtaining personal jurisdiction over Defendant Al-Megrahi being served outside the District of Columbia, is F.R.C.P. 4(f)(2)(C)(ii).

I further certify that no appearance has been entered by Defendant Al-Megrahi in this case; no pleading has been filed and none served upon any attorney for the Plaintiff; no extension has been given and the time for filing has expired; and that Defendant Al-Megrahi is neither an infant nor an incompetent person.

I therefore respectfully submit to the Clerk of the Court that a Default against Defendant Al-Megrahi should be entered.

1

_____/s/ Paul M. Tendler_____

Attorney for Plaintiff

Dated this 7th day of February 2007.

LAW OFFICES OF PAUL M. TENDLER

Paul M. Tendler (DC Bar #337469)
1250 Connecticut Avenue, NW, Suite 200
Washington, DC  20036
 (202) 682-9000 (telephone)
(202) 403-3640 (facsimile)

STRAUS & BOIES, LLP
Timothy D. Battin (DC Bar #436303)
4041 University Drive
Fifth Floor
Fairfax, VA 22030
(703) 764-8700 (telephone)
(703) 764-8704 (facsimile)

STRAUS & BOIES, LLP
Michael Straus (NY Bar #1721125)
Mark J. Schirmer (NY Bar #2258614)
1130 22nd Street South
Birmingham, AL 35205