UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------x
Lawrence P. Fisher II,

                       Plaintiff,

       v.

Abdelbaset Ali Mohmed Al-Megrahi, Libyan    C.A. No.1:05cv02454
External Security Organization a/k/a
Jamahiriya Security Organization and Great
Socialist People's Libyan Arab Jamahiriya,

                     Defendants.

------------------------------------------------------------x

**MILITARY AFFIDAVIT**
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

    I, Paul Tendler, hereby certify under penalty of perjury, that on this 7th day of February 2007 that I am the duly authorized agent of Plaintiff Lawrence P. Fisher, II in the above-listed case and make this certificate on Plaintiff's behalf.

    This certificate is made pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960. On behalf of Plaintiff, I have caused careful investigation to be made to ascertain whether or not Defendant Abdelbaset Ali Mohmed Al-Megrahi is in the military service of the United States or its Allies. As a result of said investigation, I have discovered and do hereby allege that said Defendant is not in the military service of the United States or its Allies; that is to say said Defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the

1

Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and is not on active duty with any branches aforesaid, nor is said Defendant under training or education under the supervision of the United States preliminary to induction into the military services. Defendant is also neither serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940 as amended. Finally, said Defendant is not a member of the Enlisted Reserve Corps ordered to report for military service. Said Defendant is presently incarcerated in Scotland.

              /s/ Paul M. Tendler
              Attorney for Plaintiff

Dated this 7th day of February 2007.

  LAW OFFICES OF PAUL M. TENDLER

  Paul M. Tendler (DC Bar #337469)
  1250 Connecticut Avenue, NW, Suite 200
  Washington, DC  20036
  (202) 682-9000 (telephone)
  (202) 403-3640 (facsimile)

  STRAUS & BOIES, LLP
  Timothy D. Battin (DC Bar #436303)
  4041 University Drive
  Fifth Floor
  Fairfax, VA 22030
  (703) 764-8700 (telephone)
  (703) 764-8704 (facsimile)

  STRAUS & BOIES, LLP
  Michael Straus (NY Bar #1721125)
  Mark J. Schirmer (NY Bar #2258614)
  1130 22nd Street South
  Birmingham, AL 35205