IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER II, )<br>)<br>          Plaintiff, )<br>)<br>)<br>)<br>THE SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, *ET AL.,* )<br>)<br>          Defendants. ) | Civil Case No: 05-2454 (HHK) |

**UNOPPOSED MOTION TO CONSOLIDATE CASES**

Defendants, the Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization move to consolidate Civil Case No. 05-2454 and Civil Case 04-2055 for the liability phase of the litigation.  Good causes exist for such consolidation and are recited below:

1. The referenced cases both arise out of the identical factual allegations giving rise to the causes of actions asserted by the plaintiffs in both cases; and

2. Plaintiffs are identically situated and are all the siblings of Charles T. Fisher who was killed in the destruction of Pan American Flight 103 on December 21, 1988 over Lockerbie, Scotland[1]; and

3. The complaints in both cases, with the exception of the identity of the plaintiffs, are almost identical word for word.  The complaints asset identical jurisdictional grounds for the suit, are brought in an identical venue, and assert identical causes of action; and

---

[1] All plaintiffs reside in different states.

4. Both cases are pending before the Honorable Henry Kennedy; and

7. Plaintiffs are represented by the same legal counsel in both cases; and

8. Defendants in both cases are the identical.

Judicial efficiency requires that the cases be joined to prevent the filing of unnecessary, and almost identical, pleadings as well as eliminating extra costs and time. Consolidation of the litigation before the District Court may also prevent multiple appeals which may become necessary in the cases.

Plaintiffs' counsel for both cases, Paul Tendler, Esq. does not oppose consolidation relating to the defendants Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization. A proposed order is attached hereto.

Dated:   February 15, 2007

Respectfully submitted,

 //s//
Arman Dabiri
Law Offices of Arman Dabiri
    & Associates
1725 I Street, N.W.
Suite 300
Washington, D.C. 20006
Tel. (202) 349-3893
Fax. (202) 34903895
E-mail: armandab@worldnet.att.net

*Counsel for Libyan Government*