UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS W. FISHER, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>ABDEL BASSET ALI MOHMED AL-MEGRAHI, et al.,<br><br>   Defendants. | Civil Action 04-02055 (HHK) |
| LAWRENCE P. FISHER II<br><br>   Plaintiff,<br><br>   v.<br><br>GREAT SOCIALIST PEOPLE'S LIBYAN JAMAHIRIYA, et al.,<br><br>   Defendants. | Civil Action 05-2454 (HHK) |

**ORDER TO CONSOLIDATE**

Before the court is the unopposed motion of defendants to consolidate the above captioned cases for the purpose of establishing liability. Upon consideration of the motion and the history of this case, it is this 16th day of February, 2007, hereby

  **ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Civil Action 05-2454 (HHK) and Civil Action 04-02055 (HHK) are consolidated for the purpose of establishing liability, *vel non*; and it is further

**ORDERED** that all future filings shall be filed in Civil Action 04-02055.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge