TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-02454-HHK

FISHER v. GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA et al
Assigned to: Judge Henry H. Kennedy
Demand: $120,000,000
Related Case: 1:04-cv-02055-HHK
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 12/21/2005
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

LAWRENCE P. FISHER, II     represented by   Paul Marc Tendler
LAW OFFICES OF PAUL M. TENDLER
1250 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036-2603
(202) 682-9000
Fax: 202-682-0168
Email: ptendler@tendler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA     represented by   Arman Dabiri
LAW OFFICES OF ARMAN DABIRI & ASSOCIATES, P.L.L.C.
1725 I Street, NW
Suite 300
Washington, DC 20006
(202) 349-3893
Fax: (202) 349-3895
Email: armandab@worldnet.att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

LIBYAN EXTERNAL SECURITY ORGANIZATION     represented by   Arman Dabiri
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

ABDEL BASSET ALI MOHMED AL-MEGRAHI

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2005 | 1 | COMPLAINT against GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, ABDEL BASSET ALI MOHMED AL-MEGRAHI (Filing fee $ 250) filed by LAWRENCE P. FISHER, II.(jf, ) Modified on 5/1/2006 (lc, ). (Entered: 12/30/2005) |
| 12/21/2005 |  | Summons (3) Issued as to GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, ABDEL BASSET ALI MOHMED AL-MEGRAHI. (jf, ) Modified on 5/1/2006 (lc, ). (Entered: 12/30/2005) |
| 01/10/2006 | 2 | NOTICE OF RELATED CASE by LAWRENCE P. FISHER, II. Case related to Case No. 1:04-cv-02055. (Attachments: # 1 Exhibit A)(Battin, Timothy) (Entered: 01/10/2006) |
| 01/13/2006 |  | Case Reassigned to Judge Henry H. Kennedy. Judge Richard W. Roberts no longer assigned to the case. (Related to 05-2055) (jf, ) (Entered: 01/17/2006) |
| 04/20/2006 | 3 | AFFIDAVIT *Requesting Foreign Mailing* by LAWRENCE P. FISHER, II. (Battin, Timothy) (Entered: 04/20/2006) |
| 04/20/2006 | 4 | AFFIDAVIT *Requesting Foreign Mailing* by LAWRENCE P. FISHER, II. (Battin, Timothy) (Entered: 04/20/2006) |
| 04/20/2006 | 5 | AFFIDAVIT *Requesting Foreign Mailing* by LAWRENCE P. FISHER, II. (Battin, Timothy) (Entered: 04/20/2006) |
| 04/28/2006 | 6 | REQUEST for the Clerk to effect service of one copy of the summons and complaint upon ABDEL BASSET ALI MOHMED AL-MEGRAHI c/o Scottish Executive Justice Department by registered mail, return receipt requested, pursuant to FRCP 4(f)(2)(C)(ii). (lc, ) Modified on 5/1/2006 (lc, ). (Entered: 04/28/2006) |
| 04/28/2006 | 7 | REQUEST for the Clerk to effect service of one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, pursuant to 28 U.S.C. 1608(a)(3). (lc, ) Modified on 5/1/2006 (lc, ). Modified on 5/1/2006 (lc, ). (Entered: 04/28/2006) |
| 04/28/2006 | 8 | REQUEST for the Clerk to effect service of one copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, LIBYAN EXTERNAL SECURITY ORGANIZATION, pursuant to 28 U.S.C. |

| | | |
|---|---|---|
| | | 1608(b)(3)(B). (lc, ) Modified on 5/1/2006 (lc, ). Modified on 5/1/2006 (lc, ). (Entered: 04/28/2006) |
| 04/28/2006 | | Summons (3) Issued as to GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, ABDEL BASSET ALI MOHMED AL-MEGRAHI. (lc, ) Modified on 5/1/2006 (lc, ). (Entered: 04/28/2006) |
| 05/03/2006 | 9 | CERTIFICATE OF CLERK of mailing one copy of the summons and complaint on 5/2/2006 upon ABDEL BASSET ALI MOHMED AL-MEGRAHI by registered mail, return receipt requested pursuant to FRCP 4(f)(2)(C)(ii)., CERTIFICATE OF CLERK of mailing one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state on 5/2/2006, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA pursuant to 28 U.S.C. 1608(a)(3)., CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, together with a translation of each into the official language of the foreign state on 5/2/2006, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, LIBYAN EXTERNAL SECURITY ORGANIZATION, pursuant to 28 U.S.C. 1608(b)(3)(B). (lc, ) (Entered: 05/05/2006) |
| 05/23/2006 | 10 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ABDEL BASSET ALI MOHMED AL-MEGRAHI served on 5/13/2006, answer due 6/2/2006 (lc, ) (Entered: 08/15/2006) |
| 08/17/2006 | | SUMMONS (2) REISSUED as to GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION (lc, ) (Entered: 08/21/2006) |
| 10/27/2006 | 11 | ENTERED IN ERROR.....STATUS REPORT *Letter to Chambers regarding status of service* by LAWRENCE P. FISHER, II. (Tendler, Paul) Modified on 10/30/2006 (lc, ). (Entered: 10/27/2006) |
| 10/30/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 11 Status Report was entered in error and counsel was instructed to refile document as a pleading under the Notice (Other) category. (lc, ) (Entered: 10/30/2006) |
| 11/01/2006 | 12 | ENTERED IN ERROR. . . .NOTICE *Status of Service* by LAWRENCE P. FISHER, II (Tendler, Paul) Modified on 11/2/2006 (td, ). (Entered: 11/01/2006) |
| 11/01/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: re 12 Notice (Other) was entered in error and counsel was instructed to refile said pleading in the correct case. (td, ) (Entered: 11/02/2006) |
| 11/02/2006 | 13 | NOTICE *Status of Service "corrected"* by LAWRENCE P. FISHER, II (Tendler, Paul) (Entered: 11/02/2006) |
| 11/15/2006 | 15 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to GREAT SOCIALIST PEOPLE'S LIBYAN ARAB |

| | | |
|---|---|---|
| | | JAMAHIRIYA served on 10/31/2006, answer due 1/2/2007; LIBYAN EXTERNAL SECURITY ORGANIZATION served on 10/31/2006, answer due 1/2/2007. (lc, ) (Entered: 11/30/2006) |
| 11/21/2006 | 14 | NOTICE of Appearance by Arman Dabiri on behalf of GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION (Dabiri, Arman) (Entered: 11/21/2006) |
| 12/07/2006 | 16 | Joint MOTION for Extension of Time to *File Pleadings* by GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION. (Attachments: # 1 Text of Proposed Order)(Dabiri, Arman) (Entered: 12/07/2006) |
| 12/09/2006 | | MINUTE ORDER granting 16 JOINT MOTION for Extension of Time to File Pleadings. The parties shall be governed by the deadlines that are set forth in the proposed order that accompanies their joint motion. (Kennedy, Henry) (Entered: 12/09/2006) |
| 01/19/2007 | 17 | MOTION to Dismiss for Lack of Jurisdiction *and failure to state a claim* by GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION. (Attachments: # 1 Exhibit A, part 1# 2 Exhibit A, part 2# 3 Text of Proposed Order)(Dabiri, Arman) Modified on 1/22/2007 (zlc, ). (Entered: 01/19/2007) |
| 02/07/2007 | 18 | MOTION for Default Judgment as to *Al-Megrahi* by LAWRENCE P. FISHER, II. (Attachments: # 1 Affidavit In Support of default# 2 Affidavit Military Affidavit)(Tendler, Paul) (Entered: 02/07/2007) |
| 02/08/2007 | 19 | Clerk's ENTRY OF DEFAULT as to ABDEL BASSET ALI MOHMED AL-MEGRAHI. (lc, ) (Entered: 02/08/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/14/2007 13:00:45 | | | |
| PACER Login: | ma0114 | Client Code: | libya |
| Description: | Docket Report | Search Criteria: | 1:05-cv-02454-HHK |
| Billable Pages: | 3 | Cost: | 0.24 |