UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER II<br>3824 Village Park Drive<br>Chevy Chase, MD 20815<br><br>    Plaintiff,<br><br>  v.<br><br>GREAT SOCIALIST PEOPLE'S<br>LIBYAN ARAB JAMAHIRIYA, LIBYAN<br>EXTERNAL SECURITY ORGANIZATION<br>and ABDEL BASSET ALI MOHMED AL-<br>MEGRAHI<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:05-cv-02454-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF RELATED CASE

Pursuant to Local Rule LCvR 40.5(b)(3), Plaintiff gives notice that the above captioned action is related to the previously filed case entitled:

*Curtis W. Fisher et al., v. Great Socialist People's Libyan Arab Jamahiriya et al.,* D. District of Columbia, C.A. No. 1:04-cv-02055 (Judge Henry H. Kennedy)

Both cases involve the same Defendants, allege substantially the same facts and similar questions of law and grow out of the same event.

DATED: 1/10/06

        LAW OFFICES OF PAUL M. TENDLER

        By: _____
        Paul M. Tendler
        **LAW OFFICES OF PAUL M. TENDLER**
        1090 Vermont Avenue, NW
        Suite 800
        Washington, DC 20005
        Tel: (202) 682-9000
        Fax: (202) 682-0168

Timothy D. Battin
**STRAUS & BOIES, LLP**
4041 University Dr., Fifth Floor
Fairfax, Virginia 22030
Tel: (703) 764-8700
Fax: (703) 764-8704

*OF COUNSEL*
Michael Straus
Mark Schirmer
**STRAUS & BOIES, LLP**
1130 22nd Street South
Birmingham, AL 35205
Tel: (205) 324-3800
Fax: (205) 324-3996

***Attorneys for Plaintiff***

# EXHIBIT A

CLERK'S OFFICE  CO-932
UNITED STATES DISTRICT COURT  Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

[ ] (a) relates to common property

[X] (b) involves common issues of fact

[X] (c) grows out of the same event or transaction

[ ] (d) involves the validity or infringement of the same patent

[ ] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

_____

4. CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

SEE ATTACHED _____ v. _____ C.A. No. _____

December 21, 2005 _____   *Paul M. Wendler*
DATE   Signature of Plaintiff/Defendant (or counsel)

4. CAPTION AND CASE NUMBER OF RELATED CASE(E'S).

Curtis W. Fisher et al.   v.   Great Socialist People's Libyan Arab Jamahiriya et al.

C.A. No. 1:04CV02055