# MATTIONI
COUNSELORS AT LAW

PHILADELPHIA
Mattioni, Ltd
399 Market Street, 2nd Floor
Philadelphia, PA 19106
215-629-1600
215-923-2227 Fax

MONTGOMERY COUNTY
Mattioni, Ltd
509 Swede Street
Norristown, PA 19401
484-322-0886
484-322-0887 Fax

NEW JERSEY
Mattioni, LLP
1316 Kings Highway
Swedesboro, NJ 08085
856-241-9779
856-241-9989 Fax

www.mattioni.com • firmmail@mattioni.com

Please Reply To: Philadelphia

Our File No. 36028-29164

October 2, 2006

P.O. (Me) Anne Sefrioui
CABINET SEFRIOUI
Avocat a la Cour
72 Boulevard de Coutcelles
75017 Paris, France

Re: *FISHER v. SOCIALIST PEOPLES LIBYAN ARAB JAMAHIRYA, ET AL.*

Dear Ms. Sefrioui:

As instructed, we filed a Motion to Dismiss the Complaint of the Fisher relatives, Curtis W. Fisher et al v. Libya No. 1:04 cv 02055 which, like Hurst et al is assigned to Judge Kennedy. The attorney for Fisher is going to be sending a proposed scheduling order wherein he would reply to the Motion the end of October and we could reply at the end of November. However, he has informed us that another Fisher relative, Larry Fisher, brought his own action and claims it was served on Mr. Al-Megrahi the same day as the other Fisher complaint. He has provided it to us and we are sending to you a copy for instructions. Fisher's lawyer says Megrahi was served at the same time with both Fisher complaints. Mr. Dabiri checked the court file and said there is no proof of service in the Larry Fisher file.

Very truly yours,

MATTIONI, LTD.

Dante Mattioni

DM:mb
Enclosure

U:\DOCS\dm\Libyan Gov - J B Cummock Sr, et al v. Socialist People's Libyan Arab Jamahiriya, et al\L-Sefrioui 10-02-06.wpd