IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER, II : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| GREAT SOCIALIST PEOPLE'S : | CIVIL CASE NO. 05-2454 (HHK) |
| LIBYAN ARAB JAMAHIRIYA, et al. : | |
| Defendant. : | |

**ORDER**

**AND NOW**, this _____ day of _____, 2007, upon consideration of the motion of the defendant to set aside and vacate the entry of default and the response of the plaintiff, it is hereby ORDERED and DECREED as follows:

The Entry of Default against defendant Abdel Basset Ali Mohmed Al-Megrahi, is set aside and vacated and the defendant, Abdel Basset Ali Mohmed Al-Megrahi, shall file a responsive pleading to the complaint of Lawrence Fisher by way of an answer or motion pursuant to the Federal Rules of Civil Procedure within 20 (twenty) days from the date of this order.

By the Court:

_____
J.