IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER, II : | |
| Plaintiffs : | |
| : | Civil Action No. 05-2454 (HHK) |
| GREAT SOCIALIST PEOPLE'S : | |
| LIBYAN ARAB JAMAHIRIYA, et al, : | |
| Defendants : | |

**VERIFICATION OF FACTS STATED IN MOTION
TO SET ASIDE AND VACATE ENTRY OF DEFAULT
AND MEMORANDUM OF LAW**

1. I am counsel to Abdel Basset Ali-Mohmed Al-Megrahi and am authorized to make this declaration on his behalf.

2. I am familiar with the facts set forth in this matter.

3. The facts set forth in the Motion to set aside and vacate the Entry of Default and Memorandum of Law are true and based upon my knowledge, information and belief. I declare under penalty of perjury that the foregoing are true.

_____
Dante Mattioni, Esquire
