UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS W. FISHER, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>GREAT SOCIALIST PEOPLE'S )<br>LIBYAN ARAB JAMAHIRIYA, )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:04-cv-02055 (HHK) |
| LAWRENCE P. FISHER II )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREAT SOCIALIST PEOPLE'S )<br>LIBYAN JAMAHIRIYA, et al., )<br>Defendants. )<br>) | Civil Action 05-2454 (HHK)<br><br>Declaration of Mark J. Schirmer |

1.    I am an attorney with the firm of Straus & Boies, LLP, one of the counsel for Plaintiffs in the above captioned action. I have knowledge of the matters discussed herein. I submit this Declaration pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure and pursuant to Rule 5.4(g)(3) of this Court, in support of the Plaintiffs' motion pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, requesting that this Court grant them (a) leave to file their response to Defendants'[1] motions to dismiss

---

[1] By order dated February 16, 2007, Civil Action No. 1:04-cv-02055 (HHK) was consolidated for pretrial purposes with Civil Action 05-2454 (HHK), and all papers ordered to be filed in 04-cv-02055. The motions to which the Fishers' were responding were the motions to dismiss filed by Defendants Great Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization (together hereafter referred to as "Libya"), and Abdel Basset Ali Al-Megrahi's ("Al-Megrahi"). Libya and Al-Megrahi will be referred to collectively herein as "Defendants."

one day late due to the unavailability of the Court's electronic filing system and (b) to treat the papers, filed electronically on March 1, 2007, as timely filed.

2.  Pursuant to this Court's orders, the Fishers were to file their papers in response to Defendants' motions to dismiss on Wednesday, February 28, 2007.

3.  To ensure that they would comply with this deadline, on February 26, 2007, the Fishers' counsel[2] called the office of the Clerk of this Court to ask how late in a day a party could file papers on the Court's electronic filing system (the "ECF system"). At that time, individuals in the Clerk's office informed the Fishers' counsel that filings could be made until midnight and still be considered filed on the day the papers were due.

The Fishers Attempt to File Their Papers

4.  The Fishers' counsel worked diligently to complete their papers in opposition to Defendants' motions and to prepare them for timely filing. Upon completion of the papers opposing Defendants' motions, at approximately 7:00 p.m. eastern standard time on February 28, 2007, Fishers' counsel attempted to log on to the Court's website and its ECF system. The website and the ECF system did not appear and would not "load," meaning that the filing could not be accomplished. Instead, what appeared was an error message, stating that "[t]he page cannot be displayed. The page you are looking for is currently unavailable." (See Exhibit A, attached hereto.) Upon seeing this message, the Fishers' counsel again attempted to log on to the website and again received the message that the page (website) was not available.

---

[2] A number of attorneys, clerks and staff from the firms serving as Fisher's counsel have been involved in these efforts. For sake of brevity, the activities of all these individuals are referred to as activities of "Fishers' counsel."

2

5.  The Fishers' counsel immediately called the Court's Office of Information Technology (the "OIT") at 202-354-3210 for aid and to determine what was wrong. When the Fishers' counsel reached the OIT, a recorded message played, stating that the website and ECF system would be down from 6:45 p.m. (eastern time) on February 28, 2007, until 7 a.m. the following morning. The recording stated that the message would be updated as necessary.

The Fishers Attempt to Confer With Defendants' Counsel

6.  The Fishers' counsel then called the offices of counsel for both Defendants. Both offices were closed, but the Fishers' counsel left messages explaining the situation and requesting that they call the Fishers' counsel as soon as possible to discuss whether Defendants would oppose this motion. Because Defendants herein are a foreign government and a Libyan national incarcerated in Scotland, it may be some time before Defendants can definitively provide an answer to whether they will oppose this motion; when they provide that answer, the Fishers will inform the Court of their position. However, given the need to immediately file the papers and to request permission to do so, the Fishers are presenting this motion and their papers in opposition to Defendants' motions to the Court at the earliest possible date.

The Fishers Serve the Papers in Opposition to Defendants' Motions

7.  To ensure that Defendants would suffer no prejudice from receiving the Fishers' papers later than they would have if the ECF system had been available, the Fishers' counsel manually served copies of their papers opposing Defendants' motions to dismiss via facsimile and via email last night, February 28, 2007. (Copies of the email

3

sent to Defendants Counsel (without attachments) and confirmations of receipt of the facsimile transmissions are attached hereto as Exhibit B.)[3]

8. In addition to contacting Defendants' counsel, the Fishers' counsel is providing a notice to the Clerk of the Court regarding the problems with completing its electronic filing. (*See* Exhibit C hereto.)

9. Upon insuring that the Fishers' papers opposing Defendants' motions had been transmitted to the Defendants and after calling counsel for Defendants and leaving messages regarding the situation, the Fishers' counsel immediately began work on this motion for filing as soon as practical on March 1, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed February 28, 2007, in Memphis, Tennessee.

*signature*
Mark J. Schirmer

---

[3] While the facsimile transmissions went through to counsel for both Defendants, the email to Al-Megrahi's counsel was "bounced" back. (*See* Exhibit D hereto.)

4

# EXHIBIT A

Case 1:05-cv-02454-HHK    Document 23-3    Filed 03/01/2007    Page 5 of 13

# :information_source: The page cannot be displayed

The page you are looking for is currently unavailable. The Web site might be experiencing technical difficulties, or you may need to adjust your browser settings.

---

Please try the following:

- Click the Refresh button, or try again later.
- If you typed the page address in the Address bar, make sure that it is spelled correctly.
- To check your connection settings, click the **Tools** menu, and then click **Internet Options.** On the **Connections** tab, click **Settings.** The settings should match those provided by your local area network (LAN) administrator or Internet service provider (ISP).
- If your Network Administrator has enabled it, Microsoft Windows can examine your network and automatically discover network connection settings.
  If you would like Windows to try and discover them, click Detect Network Settings
- Some sites require 128-bit connection security. Click the **Help** menu and then click **About Internet Explorer** to determine what strength security you have installed.
- If you are trying to reach a secure site, make sure your Security settings can support it. Click the **Tools** menu, and then click **Internet Options.** On the Advanced tab, scroll to the Security section and check settings for SSL 2.0, SSL 3.0, TLS 1.0, PCT 1.0.
- Click the Back button to try another link.

Cannot find server or DNS Error
Internet Explorer

# EXHIBIT B

## Thomas Palumbo

| | |
|---|---|
| **From:** | Thomas Palumbo |
| **Sent:** | Wednesday, February 28, 2007 9:29 PM |
| **To:** | 'armandab@worldnet.att.net'; 'dmattion@mattioni.com'; 'fkelly@mattioni.com' |
| **Cc:** | Nathan Cihlar; 'Paul M. Tendler'; Mark Schirmer |
| **Subject:** | Curtis W. Fisher, et al. v. Abdel Basset Ali Mohmed Al-Megrahi, et al. |
| **Attachments:** | Plaintiffs Response 2.28.07.pdf |

Counsel:

Attached please find a copy of the brief that Plaintiffs' counsel attempted to file on February 28 but was unable transmit to the Court due to the District Court's ECF service being down. Included with the brief is a copy of the letter sent to the Clerk regarding the same. This information was also transmitted via facsimile to your respective offices.

Please contact either Mark Schirmer (901) 818-3146 or Paul Tendler (202) 682-9000 at your earliest possible convenience to discuss this matter.

Best,


**Thomas M. Palumbo  |  Law Clerk**
Straus & Boies, LLP
4041 University Drive, Fifth Floor, Fairfax, VA 22030
**o** 703.764.8700  **|  m** 571.215.1688  **|  f** 703.764.8704
**e** tpalumbo@straus-boies.com


```
*******************************
***   MULTI TX/RX REPORT   ***
*******************************
TX/RX NO            3593
PGS.                65
TX/RX INCOMPLETE    -----
TRANSACTION OK      (1)  12023543023
                    (2)  12159232227
ERROR INFORMATION   (3)  12028792607
```

# STRAUS & BOIES, LLP

ATTORNEYS AT LAW
**4041 UNIVERSITY DRIVE**
**5TH FLOOR**
FAIRFAX, VIRGINIA 22030

TELEPHONE: (703) 764-8700
FACSIMILE: (703) 764-8704

| | | | |
|---|---|---|---|
| 1130 22ND STREET SOUTH | 2 DEPOT PLAZA | 621 FOURTH STREET | 730 SOUTH 17TH STREET |
| BIRMINGHAM, ALABAMA 35205 | BEDFORD HILLS, NEW YORK 10507 | DAVIS, CALIFORNIA 95616 | DENVER, COLORADO 80202 |
| TELEPHONE: (205) 324-3800 | TELEPHONE: (914) 244-3200 | TELEPHONE: (530) 757-7300 | TELEPHONE: (303) 321-5599 |
| FACSIMILE: (205) 324-3996 | FACSIMILE: (914) 244-3260 | FACSIMILE: (530) 757-7373 | FACSIMILE: (303) 321-7357 |

## FACSIMILE TRANSMISSION

| | | | |
|---|---|---|---|
| **TO:** | Clerk, U.S. District Court, D.C. | **FAX NUMBER:** | (202) 354-3023 |
| **CC:** | Dante Mationi | | (215) 923-2227 |
| | Armand Dabriri | | (202) 879-2607 |
| **FROM:** | Thomas Palumbo | | |
| **DATE:** | 2/28/07 | **TOTAL PAGES:** | 65 |

**SUBJECT:** Curtis W. Fisher, et al. v. Abdel Basset Ali Mohmed Al-Megrahi, et al. Civil Action No. 04-02055 (HHK)

**NOTES / COMMENTS:**

# EXHIBIT C

Paul M. Tendler
Law Offices of Paul M. Tendler
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036-2603

**VIA FACSIMILE**

February 28, 2007

Clerk's Office
United States District Court, District of Columbia
333 Constitution Ave., NW
Washington, DC 20001
(202) 354-3023 Facsimile

Re:   *Curtis W. Fisher, et al. v. Abdel Basset Ali Mohmed Al-Megrahi, et al.*
       **Civil Action No. 04-02055 (HHK)**
       *Lawrence P. Fisher, II v. Abdel Basset Ali Mohmed Al-Megrahi, et al.*
       **Civil Action No. 05-02454 (HHK)**

To the Clerk:

At 7:00pm EST on February 28, 2007 Plaintiffs' counsel attempted to electronically file their Memorandum of Law in Opposition to the Motions to Dismiss Filed by Defendants the Great Socialist Peoples' Libyan Arab Jamahiriya and the Libyan External Security Organization and Supplemental Response in Opposition to Defendant Abdel Baset Ali Al-Megrahi's Motion to Dismiss. However, the ECF system for the U.S. District Court for the District of Columbia was not accessible due to a system outage and the brief could not be filed despite it being due.

Plaintiffs' counsel immediately contacted the Office of Technology at (202) 354-3210 and received a recording confirming that the ECF system would be inaccessible from 6:45pm February 28, 2007 until 7:00am March 1, 2007.

Plaintiffs' counsel attempted to contact the Clerk's office pursuant to LCvR 5.4(g) but the office was closed and therefore could not speak with a representative.

Plaintiffs' counsel has contacted opposing counsel via telephone and e-mail. Plaintiffs submit this written notification pursuant to LCvR 5.4(g), along with the above referenced brief, and has also copied defense counsel.

Sincerely,

*[signature]*

Paul M. Tendler

Cc Via Facsimile:
Dante Mattioni  (215) 923-2227
Armand Dabiri  (202) 879-2607
Attachments (1)

# EXHIBIT D

## Thomas Palumbo

| | |
|---|---|
| **From:** | Mail Delivery System [MAILER-DAEMON@p01c11o142.mxlogic.net] |
| **Sent:** | Wednesday, February 28, 2007 9:34 PM |
| **To:** | Thomas Palumbo |
| **Subject:** | Mail delivery failed |

```
This message was created automatically by mail delivery software.

A message that you have sent could not be delivered to one or more recipients.  This is a
permanent error.   The following address failed:

  <dmattion@mattioni.com>: Mail from straus-boies.com rejected because CertiCleanMail
identified this message as SPAM/UCE (dsn.rfc-ignorant.org)
  <fkelly@mattioni.com>: Mail from straus-boies.com rejected because CertiCleanMail
identified this message as SPAM/UCE (dsn.rfc-ignorant.org)



Included is a copy of the message header:
-----------------------------------------
Received: from unknown [71.16.55.202] (EHLO sb-mail.straus-boies.local)
      by p01c11o142.mxlogic.net (mxl_mta-4.0.2-2)
      with ESMTP id 36b36e54.2223971248.8278.00-003.p01c11o142.mxlogic.net (envelope-from
<tpalumbo@straus-boies.com>);
       Wed, 28 Feb 2007 19:33:07 -0700 (MST)
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/mixed;
      boundary="----_=_NextPart_001_01C75BA9.697FE11C"
Subject: Curtis W. Fisher, et al. v. Abdel Basset Ali Mohmed Al-Megrahi, et al.
X-MimeOLE: Produced By Microsoft Exchange V6.5.7226.0
Date: Wed, 28 Feb 2007 21:29:18 -0500
Message-ID: <14D4B9752A1C534C919052152A5DC8D1303452@sb-mail.straus-boies.local>
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Curtis W. Fisher, et al. v. Abdel Basset Ali Mohmed Al-Megrahi, et al.
thread-index: AcdbqWXsuO1gmbCsRliR6nVQDxruOw==
From: "Thomas Palumbo" <tpalumbo@straus-boies.com>
To: <armandab@worldnet.att.net>,
      <dmattion@mattioni.com>,
      <fkelly@mattioni.com>
Cc: "Nathan Cihlar" <ncihlar@straus-boies.com>,
     "Paul M. Tendler" <ptendler@tendler.com>,
     "Mark Schirmer" <mschirmer@straus-boies.com>
```