# Exhibit
# A

## Paragraph Concordance: Fisher Complaints

| 1:04-cv-02055 (Curtis Fisher) 1st Amended Complaint (1/17/06) | 1:05-cv-02055 (Lawrence Fisher) Complaint (12/21/05) |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | N/A |
| 4 | N/A |
| 5 | N/A |
| 6 | 4 |
| 7 | 5 |
| 8 | 6 |
| 9 | 7 |
| 10 | 8 |
| 11 | 9 |
| 12 | 10 |
| 13 | 11 |
| 14 | 12 |
| 15 | 13 |
| 16 | 14 |
| 17 | 15 |
| 18 | 16 |
| 19 | 17 |
| 20 | 18 |
| 21 | 19 |
| 22 | 20 |
| 23 | 21 |
| 24 | 22 |
| 25 | 23 |
| 26 | 24 |
| 27 | 25 |
| 28 | 26 |
| 29 | 27 |
| 30 | 28 |
| 31 | 29 |
| 32 | 30 |
| 33 | 31 |
| 34 | 32 |
| 35 | 33 |
| 36 | 34 |
| 37 | 35 |
| 38 | 36 |
| 39 | 37 |
| 40 | 38 |
| 41 | 39 |

| | |
|---|---|
| 42 | 40 |
| 43 | 41 |
| 44 | 42 |
| 45 | 43 |
| 46 | 44 |
| 47 | 45 |
| 48 | 46 |
| 49 | 47 |
| 50 | 48 |
| 51 | 49 |
| 52 | 50 |
| 53 | 51 |
| 54 | 52 |
| 55 | 53 |
| 56 | 54 |
| 57 | 55 |
| 58 | 56 |
| 59 | 57 |
| 60 | 58 |
| 61 | 59 |
| 62 | 60 |
| 63 | 61 |
| 64 | 62 |
| 65 | 63 |
| 66 | 64 |
| 67 | 65 |
| 68 | 66 |
| 69 | 67 |
| 70 | 68 |
| 71 | 69 |
| 72 | 70 |
| 73 | 71 |
| 74 | 72 |
| 75 | 73 |
| 76 | 74 |
| 77 | 75 |
| 78 | 76 |
| 79 | 77 |
| 80 | 78 |
| 81 | 79 |
| 82 | 80 |
| 83 | 81 |
| 84 | 82 |
| 85 | 83 |
| 86 | 84 |

| | |
|---|---|
| 87 | 85 |
| 88 | 86 |
| 89 | 87 |
| 90 | 88 |
| 91 | 89 |
| 92 | 90 |
| 93 | 91 |
| 94 | 92 |
| 95 | 93 |
| 96 | 94 |
| 97 | 95 |
| 98 | 96 |
| 99 | 97 |
| 100 | 98 |