# Exhibit B

LEXSEE

Blake Kilburn, Individually on his own behalf and as Executor of the Estate of Peter C. Kilburn, deceased, Appellee v. Islamic Republic of Iran, et al., Appellants

No. 06-7127

UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

2006 U.S. App. LEXIS 26051

October 19, 2006, Filed

**NOTICE:** [*1] RULES OF THE DISTRICT OF COLUMBIA CIRCUIT COURT OF APPEALS MAY LIMIT CITATION TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT OF APPEALS FOR THIS CIRCUIT.

**PRIOR HISTORY:** 01cv01301. *Kilburn v. Republic of Iran, 277 F. Supp. 2d 24, 2003 U.S. Dist. LEXIS 14347 (D.D.C., 2003)*

**COUNSEL:** For BLAKE KILBURN, Individually on his own behalf and as Executor of the Estate of Peter C. Kilburn, deceased, Plaintiff - Appellee: Stuart Henry Newberger, Laurel Pyke Malson, Michael Lee Martinez, Crowell & Moring, Washington, DC.

For ISLAMIC REPUBLIC OF IRAN, IRANIAN MINISTRY OF INFORMATION AND SECURITY, SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, LIBYAN EXTERNAL SECURITY ORGANIZATION, Defendants - Appellants: Arman Dabiri, Law Office of Arman Dabiri & Associates, PLLC, Washington, DC.

**JUDGES:** BEFORE: Sentelle, Henderson, and Tatel, Circuit Judges.

**OPINION:**

**ORDER**

Upon consideration of the motion for summary affirmance, which includes a request for costs; the opposition thereto; and the reply, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See *Taxpayers Watchdog, Inc. v. Stanley, 260 U.S. App. D.C. 334, 819 F.2d 294, 297 (D.C. Cir. 1987)* (per curiam). The district court properly [*2] denied the motion to dismiss for lack of subject-matter jurisdiction. Because Libya was designated as a state sponsor of terrorism at the time the alleged acts occurred, it is not entitled to sovereign immunity, even though it was later removed from the list of state sponsors of terrorism. See *28 U.S.C. § 1605(a)(7)*; *Acree v. Republic of Iraq, 361 U.S. App. D.C. 410, 370 F.3d 41, 56 (D.C. Cir. 2004)*; *Kilburn v. Socialist People's Libyan Arab Jamahiriya, 363 U.S. App. D.C. 87, 376 F.3d 1123, 1126-27, 1133 (D.C. Cir. 2004)*; see also Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. 104-132, § 221(c), 110 Stat. 1214, 1243; *Republic of Austria v. Altmann, 541 U.S. 677, 697-700, 124 S. Ct. 2240, 159 L. Ed. 2d 1 (2004)*. It is

**FURTHER ORDERED** that the request for costs be denied. There are no allowable costs taxable against appellants in this case. See *D.C. Cir. Rule 39(a)*.

Pursuant to *D.C. Circuit Rule 36*, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See *Fed. R. App. P. 41(b)* [*3] ; *D.C. Cir. Rule 41*.

**Per Curiam**