# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CURTIS W. FISHER,  MARY )
FISHER HICKEY, MARGARET )
FISHER JONES, and )
LAWRENCE P. FISHER, II )
                               )
                  Plaintiffs, )
                               )       **Civil Action No. 1:04-cv-02055-HHK**
     vs. )       **(Consolidated)**
                               )
GREAT SOCIALIST PEOPLE'S )
LIBYAN ARAB JAMAHIRIYA, )
LIBYAN EXTERNAL )
SECURITY ORGANIZATION, )
and ABDELBASET ALI )
MOHMED AL-MEGRAHI, )
                               )
                 Defendants. )

## [PROPOSED] ORDER DENYING DEFENDANTS VARIOUS MOTIONS TO DISMISS FILED IN THE CONSOLIDATED ACTIONS

      The Court, having fully considered all papers filed by the parties to this and all consolidated actions in connection with Defendants' motions to dismiss, and upon all pleadings and proceedings heretofore presented in this action, it is hereby:

      **ORDERED** that Defendant Abdelbaset Ali Mohmed Al-Megrahi's motion to dismiss the claims against him as asserted in the First Amended Complaint in action 1:04-cv-02055 is **DENIED**; and is further

      **ORDERED** that Defendants the Great Socialist Libyan Arab Jamahiriya's and the Libyan External Security Organization's motion to dismiss the claims against them as asserted in the First Amended Complaint in action  1:04-cv-02055 is **DENIED**; and is further

**ORDERED** that Defendants the Great Socialist Libyan Arab Jamahiriya's and the Libyan External Security Organization's motion to dismiss the claims against them as asserted in the Complaint filed in action 1:05-cv-02454 is **DENIED**.

IT IS SO ORDERED, this _____ day of March, 2007.

_____
The Honorable Henry H. Kennedy
United States District Judge