UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS W. FISHER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABDEL BASSET ALI MOHMED AL-MEGRAHI, et al., <br><br> Defendants. | Civil Action 04-02055 (HHK) |

### ORDER TO SET ASIDE AND VACATE THE DEFAULT

Before the court is the motion [#38] of defendant Abdel Basset Ali Mohmed Al-Megrahi to set aside and vacate the Clerk's order of default entered in Civil Action 05-02454 on February 8, 2007.[1]  Plaintiff has not responded to the motion to vacate the default.  Accordingly, it is 7th day of September 2007,  hereby

**ORDERED** that the motion to vacate is **GRANTED**; and it is further

**ORDERED** that defendant shall file a responsive pleading to Lawrence Fisher's complaint within twenty (20) days.

Henry H. Kennedy, Jr.
United States District Judge

---

[1] Civil Action 05-02454 was consolidated with Civil Action 04-02055 by order of the court on February 16, 2007.