IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CURTIS W. FISHER, et al.** : | **CIVIL ACTION NO. 04-02055 (HHK)** |
| : | |
| v. : | |
| **Plaintiff** : | |
| : | |
| **ABDEL BASSET ALI MOHMED** : | |
| **AL-MEGRAHI, et al.** : | |
| : | |
| **Defendants** : | |

## ORDER

The Court, having considered defendant Al Megrahi's "Motion to Stay Proceedings" during the mandatory appellate review of the conviction of defendant Abdel Basset Ali-Mohmed Al-Megrahi, ordered by the Scottish Criminal Cases Review Commission ("the Commission") in Scotland, plaintiffs' opposition thereto, and all relevant replies, it is hereby

**ORDERED,** that all proceedings in the above captioned matter are stayed until a final determination is made by the Scottish High Court of Justiciary upon further review of defendant Al Megrahi's Scottish conviction.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 21, 2007