## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CURTIS W. FISHER, et al.** | : | **CIVIL ACTION NO. 04-02055 (HHK)** |
| | : | |
| **v.** | : | |
| **Plaintiff** | : | |
| | : | |
| **ABDEL BASSET ALI MOHMED** | : | |
| **AL-MEGRAHI, et al.** | : | |
| | : | |
| **Defendants** | : | |
| | : | |
| | : | |
| **LAWRENCE P. FISHER, II** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GREAT SOCIALIST PEOPLE'S** | : | |
| **LIBYAN ARAB JAMAHIRIYA, et al.** | : | |
| **Defendant.** | : | |

## REPLY TO PLAINTIFF'S OPPOSITION TO
## DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS

Defendant Abdel Basset Ali-Al-Megrahi (hereinafter "Al-Megrahi") submits this reply to Plaintiffs' opposition to Al-Megrahi's motion for a stay and states as follows:

Plaintiffs' opposition appears to rely upon an assertion that the likelihood that Al-Megrahi's conviction will be overturned by the Scottish Criminal Court is speculative, and should not be considered by this Court. However, based upon the events that have taken place to date, the Commission's findings and referral for further appeal, as well as the reports that such appeal is actively underway, confirms that Al-Megrahi's conviction may have been a miscarriage of justice, and very well may be reversed. Thus, for this Court to ignore such developments

would be inappropriate. Virtually Plaintiffs' entire case is premised upon the assumption that the conviction was proper, and controlled the outcome of this action. If the conviction is set aside on the grounds suggested in the available reports, inclusive of serious doubt as to the veracity of evidence presented in the trial and on which the conviction is premised, it would be unreasonable to accord any respect thereto. To overcome this deficiency in the conviction, Plaintiffs appear to suggest that the Commission's findings and recommendation for further appeal, and the appeal which is now underway, are purely speculative. This is not so. Indeed, it may be that the entire process in the Scottish Criminal Courts were perverted.

Al-Megrahi joins in the Reply submitted on behalf of the Libyan Government to the extent applicable to his position, and will not repeat any of its arguments in this limited Reply. To the extent that those arguments are consistent with Al-Megrahi's position, there is no need to repeat them here, but it is requested that th Court consider them as appropriate as though restated here in their entirety.

In addition, to further demonstrate the non-speculative nature of the motion for stay, and the infirmity in the bases for Al-Megrahi's conviction, Al-Megrahi submits a copy of the Affidavit of Edward Maciver MacKechnie, Solicitor, MacKechnie & Associates, dated June 18, 2005 (copy attached as Exhibit "A"), which describes in great detail his findings and conclusions developed in the course of his representation of Al-Megrahi, following after Al-Megrahi's conviction by the Scottish Criminal Court. This Affidavit, combined with the more recent developments, including the Commission's recommendation of further appeal, and initiation of the appeal process, suggests that there is a very strong likelihood that Al-Megrahi's conviction will be overturned, as it appears there was a serious breakdown in the Scottish Criminal Court's

processes. It remains unclear whether the miscarriage of justice to which the Commission referred to will lead to full acquittal of Al-Megrahi, or a retrial. What seems clear is that proceeding with this civil case would compound the apparent injustice to Al-Megrahi, given the non-speculative potential that his conviction may be overturned.

Because the grounds upon which the appeal is based strike at the very heart of the conviction and its validity, and suggest that there was not just a miscarriage of justice, but that in fact, Al-Megrahi may be as innocent as he has proclaimed. To proceed with this case given this very real possibility, would compound the problems facing the Court. An indefinite stay is therefore appropriate pending the outcome of the appeal in Scottish Criminal Courts.

**CONCLUSION**

For the reasons stated in the Motion for Stay, and in this Reply Memorandum, Al-Megrahi respectfully requests that the Motion be granted, and that all proceedings be stayed in this case pending disposition of the appeal in the Scottish Appellate Tribunals.

Respectfully Submitted,


_____/s/_____
DANTE MATTIONI, ESQUIRE
MATTIONI, LTD.
399 Market Street, Suite 200
Philadelphia, PA 19106
Tel. (215) 629-1600
*COUNSEL FOR DEFENDANT*
*AL-MEGRAHI*