UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER, II,<br><br>    *Plaintiff*,<br><br>v.<br><br>GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*<br><br>    *Defendants*. | Civil Action No.  1:05-cv-02454-HHK |

### NOTICE OF APPEARANCE OF CHRISTOPHER M. CURRAN

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case for Defendants Great Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization.  I certify that I am a member of the bar for the United States District Court for the District of Columbia.

Dated:  April 4, 2008

Respectfully submitted,

**WHITE & CASE** LLP

/s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
701 Thirteenth Street, N.W.
Washington, DC  20005
Tel.:  (202) 626-3600
Fax:  (202) 639-9355

*Counsel for Defendants Great Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4 2008, a copy of the foregoing Notice of Appearance of Christopher M. Curran was served upon the following parties via the Electronic Case Filing ("ECF") system:

Paul Marc Tendler
Law Office of Paul M. Tendler
1250 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036

*Counsel for Plaintiff*

/s/ Christopher M. Curran