UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER, II, )<br>)<br>*Plaintiff*, )<br>)<br>v.  )<br>)<br>GREAT SOCIALIST PEOPLE'S LIBYAN )<br>ARAB JAMAHIRIYA, *et al.* )<br>)<br>*Defendants*. )<br>) | Civil Action No.  1:05-cv-02454-HHK |

## NOTICE OF APPEARANCE OF NICOLE E. ERB

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case for Defendants Great Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization.  I certify that I am a member of the bar for the United States District Court for the District of Columbia.

Dated:  April 4, 2008                                    Respectfully submitted,

                                                                    **WHITE & CASE**LLP

                                                                    /s/ Nicole E. Erb
                                                                    Nicole E. Erb (D.C. Bar No. 466620)
                                                                    701 Thirteenth Street, N.W.
                                                                    Washington, DC  20005
                                                                    Tel.:  (202) 626-3600
                                                                    Fax:  (202) 639-9355

                                                                    *Counsel for Defendants Great Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, a copy of the foregoing Notice of Appearance of Nicole E. Erb was served upon the following parties via the Electronic Case Filing ("ECF") system:

Paul Marc Tendler
Law Office of Paul M. Tendler
1250 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036

*Counsel for Plaintiff*

/s/ Nicole E. Erb