UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER, II, <br><br> *Plaintiff*, <br><br> v. <br><br> GREAT SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.* <br><br> *Defendants*. | Civil Action No. 1:05-cv-02454-HHK |

## NOTICE OF APPEARANCE OF FRANCIS A. VASQUEZ, JR.

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case for Defendants Great Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization. I certify that I am a member of the bar for the United States District Court for the District of Columbia.

Dated: April 4, 2008                                  Respectfully submitted,

                                                      **WHITE & CASE** LLP

                                                      /s/ Francis A. Vasquez, Jr.
                                                      Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
                                                      701 Thirteenth Street, N.W.
                                                      Washington, DC 20005
                                                      Tel.: (202) 626-3600
                                                      Fax: (202) 639-9355

                                                      *Counsel for Defendants Great Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2008, a copy of the foregoing Notice of Appearance of Francis A. Vasquez, Jr. was served upon the following parties via the Electronic Case Filing ("ECF") system:

Paul Marc Tendler
Law Office of Paul M. Tendler
1250 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036

*Counsel for Plaintiff*

/s/ Francis A. Vasquez, Jr.