# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                              )
LAWRENCE P. FISHER, II,                       )
                                              )
                 *Plaintiff,*                 )
                                              )
         v.                                   )    Civil Action No.  1:05-cv-02454-HHK
                                              )
GREAT SOCIALIST PEOPLE'S LIBYAN               )
ARAB JAMAHIRIYA, *et al.*,                    )
                 *Defendants.*                )
_____)

## <u>MOTION TO WITHDRAW APPEARANCE</u>

Pursuant to Local Civil Rule 83.6(c), undersigned counsel Arman Dabiri moves this court to withdraw his appearance on behalf of Defendants, Great Socialist People's Libyan Arab Jamahiriya and Libyan External Security Organization (collectively the "Libyan State Defendants").

The Libyan State Defendants have requested my withdrawal and will not be prejudiced in view of their engagement of new lead defense counsel, the law firm of White & Case LLP. Christopher M. Curran, Francis A. Vasquez, Jr., and Nicole E. Erb of White & Case LLP entered their appearances on behalf of the Libyan State Defendants on April 4, 2008.

Accordingly, undersigned counsel respectfully requests that the Court grant his withdrawal of appearance on behalf of the Libyan State Defendants in this case.  A proposed order is attached.


Dated:  April 7, 2008                                  Respectfully submitted,


                                                                //s//_____
                                                                Arman Dabiri (D.C. Bar. # 563351)
                                                                Law Offices of Arman Dabiri & Associates,
                                                                P.L.L.C.
                                                                1725 I St., N.W.
                                                                Suite 300
                                                                Washington, DC 20006
                                                                Tel.: (202) 349-3893
                                                                E-mail: armandab@worldnet.att.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, a copy of the foregoing Motion to Withdraw and proposed order was served upon the following parties via the Electronic Case Filing ("ECF") system:

Paul Marc Tendler
Law Office of Paul M. Tendler
1250 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036

*Counsel for Plaintiffs*


Christopher M. Curran
Francis A. Vasquez, Jr.
Nicole E. Erb
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005

*Counsel for Defendants*


//s//_____