# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWRENCE P. FISHER, II, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> GREAT SOCIALIST PEOPLE'S LIBYAN ) <br> ARAB JAMAHIRIYA, *et al.*, ) <br> ) <br> *Defendants*. ) | Civil Action No.  1:05-cv-02454-HHK |

## ORDER

Upon consideration of defense counsel's Motion to Withdraw Appearance on behalf of Great Socialist People's Libyan Arab Jamahiriya and the Libyan External Security Organization, it is hereby **ORDERED** that the motion is **GRANTED.**

_____
Judge Henry H. Kennedy
United States District Judge

Dated: _____, 2008.