AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Lawrence P. Fisher, II, et al.

      Plaintiff(s) )
) **APPEARANCE**
)
)
      vs. ) CASE NUMBER   05-cv-02454-HHK
Great Socialist People's Libyan Arab )
Jamahiriya, et al. )
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Eric L. Lewis**  as counsel in this
                (Attorney's Name)

case for:  **Abdel Bastet Ali Mohmed Al-Megrahi**
                (Name of party or parties)

April 25, 2008
Date

/s/ Eric L. Lewis
Signature

344643
BAR IDENTIFICATION

Eric L. Lewis
Print Name

1201 F Street, N.W. Suite 500
Address

Washington, D.C. 20004
City     State     Zip Code

(202) 833-8900
Phone Number