IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CURTIS W. FISHER, et. al, | : |
| Plaintiffs, | : |
| vs. | : Civil Case No. 1:04-cv-02055-HHK |
| ABDEL BASSETT ALI MOHMED AL-MEGRAHI, et. al. | : |
| Defendants. | : |

## MOTION TO WITHDRAW APPEARANCE

Mattioni, Ltd., Dante Mattioni, Esquire and Eugene Mattioni, Esquire, Francis Kelly, Esquire, George R. Zacharkow, Andrew Kettunen, Esquire, Stacey Zavalas-Jumper, Esquire, (Mattioni), moves to withdraw their appearance as counsel for Abdel Basset Ali Al-Megrahi (Al-Megrahi), and in support thereof respectfully represent:

1. Mattioni was retained to represent the interests of Al-Megrahi as early as February 4, 2005, and entered their appearance in this matter on or about March 2, 2007.

2. Mattioni has diligently represented Al-Megrahi's legal interests in this litigation.

3. Throughout the course of this representation, Al-Megrahi has communicated with Mattioni through Al-Megrahi's representative in the Republic of France, through whom all fees and expenses have been paid or reimbursed through May 16, 2006. There has been no further payment of fees or reimbursement of expenses since that date.

4. There is a substantial outstanding invoice for fees and costs incurred since that time,

which remains unpaid by Al-Megrahi, with no assurance that past due fees and costs will be paid.

5. Mattioni has now been advised that the authority for the former French representative who was managing the affairs for Al-Megrahi have been terminated by Al-Megrahi, and that such representative is no longer authorized to direct Mattioni in its ongoing representation of Al-Megrahi.

6. As a consequence of this termination of Al-Megrahi's French representative, Mattioni's ability for any form of communication with Al-Megrahi has ended, and Mattioni has no effective means of maintaining a relationship with Al-Megrahi as required by a normal client-attorney relationship.

7. New counsel has entered their appearance for Al-Megrahi so that his interests will be protected in the on-going litigation.

8. Under the circumstances, Mattioni is unable to provide competent legal representation to the interests of Al-Megrahi, and therefore requests that they be permitted to withdraw from any further representation in this and all related matters involving Al-Megrahi.

WHEREFORE, it is respectfully requested that Mattioni be permitted to withdraw as Counsel for Abdel Basset Ali Al-Megrahi.

Respectfully Submitted,

MATTIONI, LTD.

Dated: June 2, 2008

By: /s/
Dante Mattioni, Esquire
Attorney for Defendant,
Al-Megrahi

## CERTIFICATE OF SERVICE

I, hereby certify that on June 2, 2008, a copy of the foregoing Motion to Withdraw and proposed Order was served upon the following parties via the electronic case filing ("ECF") to the following:

David J. Strachman
McIntyre, Tate, Lynch and Holt
321 South Main Street, Suite 400
Providence, RI 02903
Counsel for Plaintiffs

Christopher M. Curran
Francis A. Vasquez, Jr.
Nicole E. Erb
Claire DeLelle, Esquire
White and Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Counsel for Defendants

Sarah Netburn, Esquire
75 Rockefeller Plaza
New York, NY 10019

Arman Dabiri, Esquire
1701 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006

Mark S. Laid, Esquire
1920 N. Street, NW
Suite 300
Washington, DC 20036

Richard Emery, Esquire
345 Madison Avenue
New York, NY 10022

**Anne Sefrioui, Esquire**
**Cabinet Sefrioui**
**72 boulevard de Courcelles**
**75017 Paris**