IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHEL HURST, et al, : | |
| : | |
| Plaintiffs, : | |
| : | |
| vs. : | Civil Case Nos. 02-2147 (HHK), |
| : | 02055, HHK, 02134-CCK |
| SOCIALIST PEOPLE'S LIBYAN : | |
| ARAB JAMAHIRIYA, et al, : | |
| : | |
| Defendant. : | |

## MEMORANDUM OF LAW

Mattioni was engaged by Madame Anne Sefrioui, Esquire who maintains an office in Paris, France. She has been our direct contact on all matters pertaining to this litigation. Mattioni has worked diligently and in good faith based upon its contact with Madame Sefrioui and in reliance upon assurances advanced by her to continue to serve the interest of Al-Megrahi. We have been advised that she was terminated on March 27, 2008. Mattioni has lost its contact to their client as well as funding necessary to defend its client.

1. Without the resources to conduct an investigation of the damage claims and to engage in appropriate expert evaluations and to conduct legal work on behalf of their client counsel cannot do its duty toward its client. In effect the termination of Madame Sefrioui has effectively also terminated the representation of Mattioni. Despite requests to Madame Sefrioui we have not been contacted by anyone with authority to continue the representation of Mr. Abdel Basset Ali-Al-Megrahi.

Based upon the foregoing it is respectfully requested that the court grant counsel's motion to withdraw from the representation. This is an appropriate time to grant our motion to withdraw. New counsel has been appointed for the government of Libya. We have no one to report to in the case, have not been paid and have not received any instructions from any source as to how to proceed or how the defense is to be funded. We can only infer that once Madam Sefrioui was terminated our representation was also effectively terminated.

WHEREFORE, Mattioni Ltd., and members of the firm appearing as counsel of record respectfully request that they be permitted to withdraw as counsel to Mr. Abdel Basset Ali-Al-Megrahi.

Dated:  June 2, 2008                                   Respectfully Submitted,

/s/_____
Dante Mattioni, Esquire
Mattioni, Ltd.
399 Market Street, Suite 200
Philadelphia, PA 19106
Tel.: 215-629-1600
Attorney for Defendant